# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *SENTENCING*

USA vs **ALFONSO RAMACUS**  Date: November 9, 2020

Case No. 2:19-CR-196-009  Time 10:32 a.m. to 11:34 a.m.

Honorable **J., Ronnie Greer**, U.S. District Judge, Presiding

| Leah Kingry | Karen Bradley | J. Gregory Bowman |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Assist. U.S. Attorney** |

**Defendant**  **Defense Attorney**

Alfonso Ramacus  Casey A. Sears, II

Karen L. Calhoun
**Probation Officer**  **Interpreter**

- [✓] **Defendant given opportunity to speak and**  [✓] speaks  [ ] declined to speak
- [ ] **Govt. Motion for Downward Departure**  [ ] granted  [ ] denied
- [✓] **Defense Motion SEALED**  [ ] granted  [✓] denied
- [✓] **Govt. moves for third point reduction for acceptance of responsibility**  [✓] granted  [ ] denied
- [✓] **COURT PRONOUNCES JUDGMENT:**

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **142 months** as to **Count One** of the Indictment. This sentence shall be served concurrently with any sentences to be imposed in Sullivan County General Sessions Court Docket Numbers 2018-RK-57163, 2019-RK-58338, and 2019-RK-61536. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.

- [✓] **Special Assessment:** $100.00
- [ ] **Fine:**  [ ] waived  [ ] due
- [ ] **Restitution:**
- [ ] **Joint/Several:**

☐ **Interest on Restitution:** ☐ due ☐ waived

☑ **Court Recommends:**

The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institute Residential Drug Abuse Treatment Program. The Court will recommend the defendant receive a physical health evaluation and needed treatment while in the custody of the Bureau of Prisons. In addition, the Court will recommend that the defendant be afforded a full range of educational and vocational programs offered by the Bureau of Prisons. The Court will further recommend that the defendant be given credit for time served since his arrest on **December 19, 2019.** Lastly, the Court will recommend that the defendant be designated to the BOP facility for expedited placement at Butner, NC.

☑ **Placed in custody of U.S. Marshal**

☐ **Defendant to self-report upon notice of the U.S. Marshal**

☐ **Defendant to remain released on current bond and conditions**